JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIKUKO KANEMURA, *et al.*,<br><br>                    Plaintiffs,<br><br>      v.<br><br>NEWAYS, INC., *et al.*,<br><br>                    Defendants. | Case No. SACV09-247-JVS (PJWx)<br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**<br><br>Date:      May 4, 2009<br>Time:      1:30 p.m.<br>Crtrm.:    10C<br><br>The Hon. James V. Selna |

IT IS HEREBY ORDERED:

For the reasons set forth in this Court's order granting Plaintiffs' Motion to Remand (Doc. No. 29) this action is **REMANDED** to Orange County Superior Court. The clerk of the Court is directed to send a certified copy of this Order to the clerk of the Orange County Superior Court forthwith. Upon doing so, the clerk of the Court shall close the district court case file.

Dated: May 14, 2009

*/s/ James V. Selna*

The Honorable James V. Selna

-1-